UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

**CR 116 - 084**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. _____ |
| | ) |
| v. | ) VIO: 18 U.S.C. §§ 922(a)(1)(A), 924 |
| | )     Dealing In Firearms Without a |
| | )     License |
| JOSEPH D. KEMP | ) |
| | )     18 U.S.C §§ 922(g)(1), 924 |
| | )     Felon in Possession of a Firearm |
| | ) |
| | )     21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | )     Distribution of Methamphetamine |

**COUNT ONE**
**(Dealing in Firearms Without a License)**

**THE GRAND JURY CHARGES THAT:**

Beginning on or about December 8, 2015, and continuing through on or about February 25, 2016, in Richmond County, within the Southern District of Georgia, the defendant,

**JOSEPH D. KEMP,**

knowingly and willfully engaged in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**COUNTS TWO THROUGH FOUR**
**(Felon in Possession of a Firearm)**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the listed dates, in Richmond County, within the Southern District of Georgia, the defendant,

**JOSEPH D. KEMP,**

1

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, as listed below, which previously had been transported in interstate and foreign commerce; done in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and (e).

Each of the foregoing allegations is hereby incorporated into each of the following counts as if fully set forth therein:

| Count | Date | Firearm |
|---|---|---|
| 2 | 1/22/16 | Lorcin, Model L25, .25 caliber pistol |
| 3 | 2/4/16 | Harrington & Richardson, Model 732, .32 caliber revolver; Jimenez, Model J.A. 22, .22 caliber pistol |
| 4 | 2/25/16 | Sterling Arms, Model 400, .380 caliber pistol |

All done in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and (e).

## COUNTS FIVE THROUGH NINE
### (Distribution of Methamphetamine)

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about the dates listed below, in Richmond County, within the Southern District of Georgia, the defendant,

**JOSEPH D. KEMP,**

did knowingly and intentionally distribute a quantity of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

Each of the foregoing allegations is hereby incorporated into each of the following counts as if fully set forth therein:

| Count | Date | Approximate Quantity |
|:-----:|:----:|:--------------------:|
| 5 | 12/8/15 | 7g |
| 6 | 12/17/15 | 6g |
| 7 | 12/22/15 | 10g |
| 8 | 1/12/16 | 5g |
| 9 | 1/22/16 | 5g |

All done in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

A TRUE BILL.

_____

Foreperson

3

Edward J. Tarver
United States Attorney

James D. Durham
First Assistant United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

Patricia G. Rhodes
Assistant United States Attorney
Deputy Chief, Criminal Division

Lamont A. Belk
Assistant United States Attorney