UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SENTENCING MINUTES

CRIMINAL CASE NO. CR 116-084    DATE: 05/30/2017
USA V. Joseph D. Kemp    TIME: 11:06 am to 10:38 am

JUDGE: Honorable J. Randal Hall    COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT: Tara Lyons

ATTORNEY(S) FOR THE DEFENDANT: Pete Theodocian

PROBATION OFFICER: Craig Dallas

DEFENDANT SENTENCED ON COUNTS(S): Nine

- Y  PSI reviewed in full
- N  Objections to factual basis
- N  Objections to Guideline Calculations
- N  Changes ordered
- N  Factual Witnesses
- Y  Statement by Counsel
- Y  Statement by Defendant
- Y  Appeal rights of defendant explained / (waived)

Facility requested/recommended: Edgefield SCFCI / Estill SCFCI

Defendant remanded  Y
Voluntary surrender  —
Departure from guidelines  N

Custody: 151 months
Supervised Release: 3 years

- Y  Standard and Special Conditions of Release to be explained by USPO and a written copy to be provided to defendant

Probation  —
Fine $ 1500.00
Restitution $ —
Special Assessment $ 100.00
Community Service: — hours within — months of release
Dismiss Count(s) 1-8
Plea agreement accepted  Y
Upward  —   Downward  —

151-188 mos.
3 yrs
$ 30,000 - 1,000,000
$ 100